FILED

# United States District Court

AUG 22 2006

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER: 2:06mj84-SRW

**A Motorola Boost, model i415, serial number 364VFU4WFF and a Motorola model i730, serial number 364VGAKM0R,**

I _____Neill Thompson_____ being duly sworn depose and say:

I am an agent  assigned to the Drug Enforcement Agency  and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**A Motorola Boost, model i415, serial number 364VFU4WFF and a Motorola model i730, serial number 364VGAKM0R,**

in the _____Middle_____ District of _____Alabama_____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

All data, records, and other electronic information contained on the Motorola Boost, model i415, serial number 364VFU4WFF and the Motorola model i730, serial number 364VGAKM0R

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title __21__ United States Code, Section(s) __846__

The facts to support the issuance of a Search Warrant are as follows:       See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

August 9, 2006                             at  Montgomery, Alabama
Date                                            City and State
SUSAN RUSS WALKER
United States Magistrate Judge

Name & Title of Judicial Officer                       Signature of Judicial Officer

## AFFIDAVIT

I, Neill Thompson, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states:

This affidavit, which is based upon personal knowledge and knowledge obtained from other law enforcement officers, is submitted in support of an application for warrants to search the following properties and persons:

> Any information stored on two cellular telephones: one Motorola Boost, model i415, serial number 364VFU4WFF and a Motorola model i730, serial number 364VGAKM0R, which are in the custody of agents of the Drug Enforcement Administration, Montgomery District Office

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. I am empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2515, Title 18, United States Code.

2. Since June 1998 I have been so employed as a Special Agent of the Drug Enforcement Administration (DEA). Prior to that time I was employed as a Police Officer with the Tuscaloosa, Alabama Police Department for approximately 12 years. I have participated in investigations involving organized crime and narcotics activities. I have received specialized training in identifying and investigating narcotics distribution enterprises and their related criminal activities, including monetary and asset laundering. I have gained investigative specialization in the area of methamphetamine, cocaine, marijuana, and/or poly-drug conspiracies. I have also written and executed numerous search and seizure warrants for narcotics, dangerous drugs, records, books and proceeds derived as a result of this illegal activity. Presently, I am assigned to the DEA office in Montgomery, Alabama.

3. Over the past eighteen months, and on a consistent basis, agents assigned to the Montgomery DEA Office and to the Montgomery Police Department Special Operations Unit (a specialized unit tasked with enforcing narcotics violations) have received information regarding Santo COLEMAN and his ongoing illegal drug trafficking activity. I personally have received information from several reliable confidential sources who state that COLEMAN is a multi-kilogram cocaine distributor, and also distributes large quantities of marijuana (hundreds of pounds) in the Montgomery area.

4. On August 8, 2006 the Montgomery DEA Office was contacted after a Hispanic male was stopped on Interstate 65 and found to be in possession of three kilograms of cocaine. The Hispanic male, Alberto VILLAREAL, agreed to cooperate with law enforcement in furthering the investigation by assisting in a "controlled delivery" of the cocaine. VILLAREAL made recorded telephone calls with and met COLEMAN in Montgomery. When officers attempted to execute an arrest on COLEMAN, he

1

fled in a 2006 Chevrolet pickup truck. COLEMAN'S truck was involved in a collision and he then fled on foot and was not apprehended. A search of the truck revealed two cellular telephones. The telephones were seized as evidence and are in the custody of agents assigned to the DEA. These telephones are described at the beginning of this affidavit.

    Based on my training and experience, previously recited, and my participation in numerous investigations involving narcotics importation and distribution organizations and in financial investigations involving large amounts of controlled substances, currency and other monetary instruments, I am aware that it is common for drug traffickers to use cellular telephones because they are portable and often more difficult to investigate.

Based upon the above described facts, information, observations, and training I believe that probable cause exist for the issuance of a search warrant for the two aforementioned cellular telephones. I believe that a search of the stored information will result in agents gaining information which can further the investigation and provide evidence including the identification of other co-conspirators.

_____
Neill Thompson
Special Agent
Drug Enforcement Administration


Subscribed and sworn to before me this 9th day of August, 2006, by Neill Thompson, Special Agent, Drug Enforcement Administration.

_____
UNITED STATES MAGISTRATE JUDGE

2